# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Robert Howard Dixon, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:14cv155 |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Petty, Secretary et. al. | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 30, 2014 Order.

June 30, 2014

Frank G. Johns, Clerk
United States District Court